ROBERT MAGRUDER JR.
VICTORIA MAGRUDER

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 2011-12848

## Amended CHAPTER 13 PLAN

The Debtors submit the following Chapter 13 Plan:

### Plan Payments

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1-36 | $364.17 |

The Debtor shall mail a money order or cashier's check or wage deduction, so Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| Ann W. Rogers | $1500 | $41.67 | 1-36 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as Governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| None | | | |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| County of Volusia (claim 12) PAID PROOF WILL BE PROVIDED | | | |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| None | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month #'s |
|---|---|---|---|
| None | | | |

**Property to be Surrendered:**

| Creditor Name: | Property Address or Property to be Surrendered |
|---|---|
| SunTrust Mortgage | 1945 Poinsettia Drive, Port Orange, FL. |

HSBC Bank Nevada, NA (claim 14)     Kawasaki

Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month # |
|---|---|---|---|
| Space Coast (claim 13) | $6000 at 5% | 179.83 | 1-36 |

The following Executory Contracts are assumed:

| Name of Creditor: | Description of Collateral | Payment Month #'s |
|---|---|---|

None

The following Executory Contracts are rejected:

| Name of Creditor: | Description of Collateral |
|---|---|

None

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate Percentage unknown.

Property of the estate revests in the Debtor upon confirmation of the Plan.

I hereby certify that a true copy of the Chapter 13 Plan has been furnished by US. Mail first class to All Creditors and Parties in Interest as listed on attached Court matrix this 20th day of Dec, 2011.

/s/Ann W. Rogers

Ann W. Rogers
Law Office of Ann W. Rogers P.A.
595 N.Nova Road, Suite 115
Ormond Beach, Florida 32174
(386) 672-4014
FBN: 0009430

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-12848-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Dec 20 10:53:11 EST 2011 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Robert A Magruder Jr.<br>2307 Green Street<br>S. Daytona, FL 32119-2731 |
| Victoria V Magruder<br>2307 Green Street<br>S. Daytona, FL 32119-2731 | SUNTRUST MORTGAGE, INC.<br>c/o Jerrold J. Golson, Esq.<br>Florida Foreclosure Attorneys, PLLC<br>601 Cleveland Street, #690<br>Clearwater, FL 33755-4171 | Space Coast Credit Union<br>c/o Bradley M Saxton<br>P O Box 1391<br>Orlando, FL 32802-1391 |
| Bank of America<br>1550 Clyde Morris Blvd.<br>Daytona Beach, FL 32114-5793 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374-0933 | Chase Cardmember Serv<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | County of Volusia Finance Department<br>123 Indiana Ave, Rm 103<br>DeLand FL 32720-4602 |
| Department Stores National Bank/Visa<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Discount Tire/GEMB<br>P.O. Box 981439<br>El Paso, TX 79998-1439 | Equable Ascent Financial<br>1120 W. Lake cook R<br>Suite B<br>Buffalo Grove, IL 60089-1970 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GE Capital Retail Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 | GE Money Bank<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| HSBC<br>P.O. Box 5244<br>Carol Stream, IL 60197-5244 | HSBC (Best Buy)<br>P.O. Box 5238<br>Carol Stream, IL 60197-5238 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |
| HSBC Best Buy<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 | HSBC Kawasaki<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| J C Penneys<br>P.O. Box 965007<br>Orlando, FL 32896-5007 | JC Penneys<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | Kohls<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 |

| | | |
|---|---|---|
| Kohs/Cap One<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 | Mercantile Bank<br>PO.Box 1029<br>Greensville, SC 29602-1029 | NCO Financial<br>P.O. Box 15609<br>Wilmington, DE 19850-5609 |
| Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Q Card/GEMB<br>P.O. Box 530905<br>Atlanta, GA 30353-0905 |
| QCard/GE MB<br>P.O. Box 981465<br>El Paso, TX 79998-1465 | RBC Bank<br>P.O. Box 100<br>Rocky Mount, NC 27802-0100 | Sams Club<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 |
| Space Coast Credit Union<br>8045 N. Wickham Road<br>Melbourne, FL 32940-7920 | SunTrust<br>3865 Nova Road<br>Port Orange, FL 32127-4999 | SunTrust<br>P.O. Box 85526<br>Richmond, VA 23285-5526 |
| SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | SunTrust Bank<br>P.O. Box 85526<br>Richmond, VA 23285-5526 | SunTrust Cardmember Serv<br>P.O. Box 621569<br>Orlando, FL 32862-1569 |
| SunTrust Mortgage<br>P.O. Box 85526<br>Richmond, VA 23285-5526 | Synovus Bank<br>P.O. Box 23061<br>Columbus, GA 31902-3061 | TARGET NATIONAL BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| TD Bank/Carolina First Bank<br>P.O. Box 1029<br>Greenville, SC 29602-1029 | Target<br>P.O. Box 660170<br>Dallas, TX 75266-0170 | Target<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 |
| Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | WFNN/Bealls Florida<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Ann W. Rogers +<br>595 North Nova Road, Suite 115<br>Ormond Beach, FL 32174-4429 | Bradley M Saxton +<br>Post Office Box 1391<br>Orlando, FL 32802-1391 | Jerrold J. Golson +<br>Florida Foreclosure Attorneys, PLLC<br>601 Cleveland Street, Ste 690<br>Clearwater, FL 33755-4171 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients   56
Bypassed recipients    1
Total                 57